FILED
VANESSA L. ARMSTRONG, CLERK

FEB - 4 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

JEAN-JOSEPH SAULNEROND
YAJU SUN
SZU CHING WANG, a/k/a SIMON WANG
DUO WANG

INDICTMENT

NO. 3:20-CR-15-RGJ

8 U.S.C. § 1154
8 U.S.C. § 1186a
8 U.S.C. § 1325(c)
18 U.S.C. § 371
18 U.S.C. §1546(a)
28 U.S.C. § 1746

The Grand Jury charges:

## COUNT 1
*(Conspiracy to Commit Marriage Fraud)*

1.  Beginning in or about 2014, and continuing until in or about October 2018, the exact dates unknown, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendants, **JEAN-JOSEPH SAULNEROND, YAJU SUN, SZU CHING WANG**, a/k/a SIMON WANG, and **DUO WANG** and others known and unknown to the Grand Jury, did willfully, knowingly, and unlawfully combine, conspire, confederate and agree together and with each other to commit certain offenses against the United States, to-wit: to knowingly and unlawfully enter into a marriage for the purpose of evading a provision of the immigration laws, namely Title 8, United States Code, Sections 1154 and 1186a, which provisions restrict the availability of legal permanent resident status, applied for on the basis of marriage to a United States citizen, to those foreign-born nationals who have entered into the marriage in good faith, not in exchange for something of value and not for the purpose of procuring the foreign-born national's admission as an immigrant, in violation of Title 8, United States Code, Section 1325(c).

## Objective of the Conspiracy

2. It was the objective of the conspiracy to unlawfully obtain legal permanent resident status in the United States for **YAJU SUN**, a foreign born Chinese national, by having **JEAN-JOSEPH SAULNEROND**, a naturalized United States citizen, enter into a sham marriage with **YAJU SUN**.

## Manner and Means of the Conspiracy

3. The manner and means used by the defendants and others to accomplish the objective of the conspiracy included, but were not limited to, the following:

4. It was part of the conspiracy that in 2014, **JEAN-JOSEPH SAULNEROND, SZU CHING WANG**, a/k/a SIMON WANG, and **DUO WANG** met at **JEAN-JOSEPH SAULNEROND**'s house in the Western District of Kentucky, Jefferson County, Kentucky to discuss **JEAN-JOSEPH SAULNEROND** possibly marrying **DUO WANG**'s mother, **YAJU SUN**.

5. It was further part of the conspiracy that **SZU CHING WANG**, a/k/a SIMON WANG, served as an interpreter to facilitate communication between **JEAN-JOSEPH SAULNEROND** and **DUO WANG**.

6. It was further part of the conspiracy that **JEAN-JOSEPH SAULNEROND** agreed to marry **YAJU SUN** so that **YAJU SUN** could come to and remain in the United States. As part of this agreement, **DUO WANG** agreed to pay **JEAN-JOSEPH SAULNEROND** $15,000 when **YAJU SUN** arrived in the United States and an additional $15,000 when **YAJU SUN** was able to obtain her ten-year alien registration receipt card (I-551 Permanent Resident Card, better known as a "green card").

7.      It was further part of the conspiracy that **JEAN-JOSEPH SAULNEROND** traveled to China to marry **YAJU SUN** and that **DUO WANG** reimbursed **JEAN-JOSEPH SAULNEROND** for certain expenses associated with this trip. In addition, **DUO WANG** paid for **SZU CHING WANG,** a/k/a SIMON WANG, to come to China to provide translation services.

8.      It was further part of the conspiracy that **JEAN-JOSEPH SAULNEROND** and **YAJU SUN** signed and filed documents with the Department of Homeland Security, United States Citizenship and Immigration Services (hereinafter USCIS).

9.      It was further part of the conspiracy that, prior to an interview with USCIS, **JEAN-JOSEPH SAULNEROND** sent **SZU CHING WANG,** a/k/a SIMON WANG, an email with the subject line "emails to Sun Yaju" instructing him to inform **DUO WANG** that "I am sending those emails that are very sexual in nature on purpose. Part of the game is to show that we are really husband and wife, she can take some of these email exchanges to the interview and show them. She should also respond in a sexual way...."

10.     It was further part of the conspiracy that **JEAN-JOSEPH SAULNEROND** created a "cheat sheet" of information regarding his background and personal information to provide to **YAJU SUN** so that she could pass the USCIS interview regarding the validity of her marriage. **JEAN-JOSEPH SAULNEROND** sent this "cheat sheet" to **SZU CHING WANG,** a/k/a SIMON WANG, via email stating that "She now needs to memorize these. I do not know if I will be required to answer the same questions about her. You went through the process so you should know more than I do."

11. Based on her fraudulent marriage to **JEAN-JOSEPH SAULNEROND**, **YAJU SUN** sought and obtained a conditional resident visa and in or around October 2016 and came to reside in the United States.

### Overt Acts

12. In furtherance of the conspiracy, and to accomplish the objective of the conspiracy, the defendants and others committed, and caused to be committed, among others, the following overt acts:

13. On or about February 10, 2015, **YAJU SUN** entered into a sham marriage with **JEAN-JOSEPH SAULNEROND**, knowing that the marriage was not entered into in good faith, was in exchange for something of value, and that the purpose of the marriage ceremony was to enable **YAJU SUN** to procure admission to the United States as an immigrant and to obtain legal permanent resident status for **YAJU SUN**.

14. In or around October 2016, after the marriage had taken place and **YAJU SUN** had come to the United States, **DUO WANG** went to **JEAN-JOSEPH SAULNEROND**'s house in Louisville, Kentucky and paid him $15,000 for his participation in the marriage fraud scheme. **DUO WANG** also paid **SZU CHING WANG**, a/k/a SIMON WANG, $1,500 for his role in the scheme.

15. On or about May 12, 2015, **JEAN-JOSEPH SAULNEROND** signed a Form I-130, Petition for Alien Relative, certifying under penalty of perjury that his marriage to **YAJU SUN** was legitimate, which marriage **JEAN-JOSEPH SAULNEROND** knew was fraudulent and entered into to evade the immigration laws of the United States. The Form I-130 was mailed to

USCIS from the Western District of Kentucky, Jefferson County, Kentucky and was filed with USCIS on or about May 19, 2015.

16. On or about June 18, 2018, **YAJU SUN** signed a Form I-751, Petition to Remove Conditions on Residence, certifying under penalty of perjury that the marriage to **JEAN-JOSEPH SAULNEROND** was legitimate, which marriage **YAJU SUN** knew was fraudulent and entered into to evade the immigration laws of the United States. The Form I-751 was mailed to USCIS from the Western District of Kentucky, Jefferson County, Kentucky and was filed with USCIS on or about July 23, 2018.

17. On or about June 20, 2018, days after signing the Form I-751 as the spouse of **YAJU SUN**, **JEAN-JOSEPH SAULNEROND** filed for divorce in Jefferson Circuit Court in Louisville, Kentucky. On or about October 16, 2018, **JEAN-JOSEPH SAULNEROND** and **YAJU SUN** obtained a divorce from the Jefferson Circuit Court in Louisville, Kentucky.

In violation of Title 18, United States Code, Section 371.

The Grand Jury further charges:

## COUNT 2
*(False Swearing in Immigration Matter)*

18. The allegations in paragraphs 1-17 of Count One of this Indictment are hereby realleged and incorporated as if fully set forth herein.

19. On or about May 12, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **JEAN-JOSEPH SAULNEROND**, did knowingly and unlawfully subscribe as true under penalty of perjury under Title 28, United States Code, Section 1746, a false statement with respect to a material fact in a document required by the immigration

laws and regulations prescribed thereunder, and knowingly presented such application that contained such false statement and that failed to contain a reasonable basis in law and fact, namely, **JEAN-JOSEPH SAULNEROND** falsely stated in a Form I-130, Petition for Alien Relative, certifying under penalty of perjury, that **JEAN-JOSEPH SAULNEROND** and **YAJU SUN** were married in good faith, when in fact, as **JEAN-JOSEPH SAULNEROND** then knew, **JEAN-JOSEPH SAULNEROND** had knowingly and unlawfully entered into a marriage with **YAJU SUN** for the purpose of evading a provision of the immigration laws.

In violation of Title 18, United States Code, Section 1546(a).

The Grand Jury further charges:

## COUNT 3
*(False Swearing in Immigration Matter)*

20. The allegations in paragraphs 1-17 of Count One of this Indictment are hereby realleged and incorporated as if fully set forth herein.

21. On or about June 18, 2018, in the Western District of Kentucky, Jefferson County, Kentucky and elsewhere, the defendant, **YAJU SUN**, did knowingly and unlawfully subscribe as true under penalty of perjury under Title 28, United States Code, Section 1746, a false statement with respect to a material fact in a document required by the immigration laws and regulations prescribed thereunder, and knowingly presented such application that contained such false statement and that failed to contain a reasonable basis in law and fact, namely, **YAJU SUN** falsely stated in a Form I-751, Petition to Remove Conditions on Residence, certifying under penalty of perjury, that she was married in good faith to **JEAN-JOSEPH SAULNEROND**, when in fact, as **YAJU SUN** then knew, **YAJU SUN** had knowingly and unlawfully entered into a marriage with

**JEAN-JOSEPH SAULNEROND** for the purpose of evading a provision of the immigration laws of the United States.

In violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL.



FOREPERSON

RUSSELL M. COLEMAN
United States Attorney

RMC:CCT:SMZ

7

UNITED STATES OF AMERICA v. **JEAN-JOSEPH SAULNEROND, YAJU SUN, SZU CHING WANG**, a/k/a SIMON WANG, and **DUO WANG**

## PENALTIES

Count 1:          NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release
Counts 2 and 3:    NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

   18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.   18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:    Clerk, U.S. District Court
               106 Gene Snyder U.S. Courthouse
               601 West Broadway
               Louisville, KY  40202
               502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
               120 Federal Building
               241 East Main Street
               Bowling Green, KY  42101
               270/393-2500

OWENSBORO:     Clerk, U.S. District Court
               126 Federal Building
               423 Frederica
               Owensboro, KY  42301
               270/689-4400

PADUCAH:       Clerk, U.S. District Court
               127 Federal Building
               501 Broadway
               Paducah, KY  42001
               270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Louisville

THE UNITED STATES OF AMERICA

vs.

## JEAN-JOSEPH SAULNEROND
## YAJU SUN
## SZU CHING WANG
a/k/a SIMON WANG
## DUO WANG

### INDICTMENT

**COUNT 1**
Conspiracy to Commit Marriage Fraud
18 U.S.C. §371

**COUNTS 2 and 3**
False Swearing in Immigration Matter
18 U.S.C. § 1546(a)

*A true bill.*

_____
*Foreperson*

Filed in open court VANESSA L. ARMSTRONG, CLERK 2020.

**FILED**

FEB - 4 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY                    Clerk

*Bail, $*